THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

May 7, 2026

*Via* ECF

APPLICATION GRANTED

Hon. Valerie Figueredo, U.S.M.J.
5-8-26

The Honorable Judge Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *United States v. Jose Valdovinos*, 26 Mag. 697 (UA)

Dear Judge Figueredo,

I was appointed to represent Jose Valdovinos pursuant to the Criminal Justice Act. I write to request a two-week extension for Mr. Valdovinos to meet all conditions of his bond. The government has no objection.

On April 14, 2026, Mr. Valdovinos had his initial appearance before Magistrate Judge Katharine H. Parker where bond was agreed upon. Judge Parker gave Mr. Valdovinos until May 5, 2026, to meet all conditions of his bond, including signatures from three Financially Responsible Persons ("FRP's"). We have three FRP's willing to sign the bond but we are awaiting additional relevant paperwork in order to provide their information and the paperwork to the government to interview the proposed suretors. The parties anticipate that an additional two weeks is sufficient.

For the foregoing reasons, we request a two-week extension for Mr. Valdovinos to meet all conditions of his bond.

Respectfully submitted,

/s/

César de Castro

Cc: Parties of Record (*via* ECF)